**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MARY E. MASSEY,

             Respondent

          v.

FREDERICK A. MASSEY, JR.,

             Petitioner

:  No. 101 WAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.